[No. 1252, January 6, 1910.]

N. NASH, Appellee, v. A. L. MORGAN, et al., Appellants.

Appeal from District Court for Bernalillo County. Affirmed.

MARRON & WOOD for Appellee.

NEILL B. FIELD for Appellant.

OPINION OF THE COURT.

MECHEM, J.—It was agreed that this case and No. 1249 (Joseph C. Baldridge v. A. L. Morgan, et al.), involving similar facts and the same legal questions should be considered on the briefs filed in the foregoing case, and that the opinion rendered by the court should be decisive of each case. The briefs and opinion are on file in No. 1249.

The judgment of the District Court is affirmed.